UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY COX,

                      Plaintiff,

        -against-

UNITED STATES OF AMERICA, ET AL.,

                   Defendants.

26cv361 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 19, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    March 3, 2026
            New York, New York

            /s/ Laura Taylor Swain
              LAURA TAYLOR SWAIN
         Chief United States District Judge